IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 0 2 2012

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

UNITED STATES OF AMERICA,
            Plaintiff,

v.                                          Civil No. 01-4018

SADIE M. HAWTHORNE BRADFORD and
CHRISTOPHER BRADFORD,
            Defendants.

## ORDER OF DISTRIBUTION

On May 1, 2012, at 10:00 a.m., at the main door of the Hempstead County Courthouse, Hope, Arkansas, the United States Marshal offered for sale the lands described in the Judgment entered February 14, 2012, in the above-styled case. At such sale, Donald Wayne Hugg was the highest and best bidder for the property, and the property was then sold to the said Donald Wayne Hugg.

On or about May 1, 2012, the United States Marshal received Check No. 5525 in the amount of $1,500.00 from Donald Hugg; and, on or about June 1, 2012, Check No. 5677 in the amount of $13,618.40, from Donald Hugg, for a total amount of $15,118.40, as payment in full for the property. In accordance with the terms of the judgment,

IT IS HEREBY ORDERED that the United States Marshal transfer $14,786.42 to USDA, Rural Development Services and $331.98 to the United States Marshals Service.

DATED: _July 2, 2012_

_Susan O. Hickey_
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF ARKANSAS